# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WINTERSPRING DIGITAL LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:22-CV-00246-JRG |
| | § |
| PALO ALTO NETWORKS, INC., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Winterspring Digital LLC ("Winterspring"). (Dkt. No. 6.) In the Notice, Winterspring gives notice that the above-captioned action against Palo Alto Networks, Inc. is voluntarily dismissed without prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Winterspring in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jul 28, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE